**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**HOSPICE OF CENTRAL ARKANSAS, LLC**                      **PLAINTIFF**

**v.**                Case No.: 4:20-cv-00196-LPR

**DARREL APPLEWHITE AND
LESTER DIERKSEN MEMORIAL
HOSPICE, LLC**                                                                  **DEFENDANTS**

## **CONSENT INJUNCTION**

Upon consent of the Parties and the Court being otherwise informed, **IT IS HEREBY ORDERED** that Defendant Darrel Applewhite ("Defendant Applewhite") and Defendant Lester Dierksen Memorial Hospice, LLC ("Dierksen Hospice") are hereby **ENJOINED AND RESTRAINED** as follows:

1. From February 25, 2020, the date the original Motion for Temporary Restraining Order or Preliminary Injunction was filed in this case, through April 6, 2021 ("applicable time period"), Defendant Applewhite shall abide by the terms of his Employment Agreement (Exhibit A to Verified Complaint) with Hospice of Central Arkansas, LLC ("Hospice of Central Arkansas").  The Court finds such agreement is enforceable.

2. Defendant Applewhite shall not use or disclose Hospice of Central Arkansas' trade secrets and/or confidential information as prohibited by the Employment Agreement.

3. Defendant Applewhite shall abide by the non-compete and non-solicitation covenants in the Employment Agreement from February 25, 2020, the date the original Motion for Temporary Restraining Order or Preliminary Injunction was filed in this case, through April 6, 2021.

4. Defendant Dierksen Hospice shall be prohibited from directing, assisting, or advising Defendant Applewhite to violate the terms of the Employment Agreement, through April 6, 2021.

IT IS HEREBY FURTHER ORDERED that:

This Consent Injunction is issued on this 3rd day of June, 2020, and shall be filed forthwith with the clerk.

IT IS SO ORDERED this 3rd day of June 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE